UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

FCCI COMMERCIAL INSURANCE
COMPANY and FCCI INSURANCE
COMPANY,

      Plaintiffs,

Case Number: 8:10-cv-01567-VMC-MAP

v.

RESIDENTIAL DRYWALL, INC. and
ROBERT C. PATE, as Trustee for the Chinese
Drywall Trust,

      Defendants.                              /

## NOTICE OF FILING AFFIDAVIT OF SERVICE ON DEFENDANT, ROBERT C. PATE

COME NOW Plaintiffs, FCCI COMMERCIAL INSURANCE COMPANY and FCCI INSURANCE COMPANY, by and through their undersigned counsel, and hereby notify this Court and all interested parties of the filing of the Affidavit of Service of Summons and Complaint on Defendant, ROBERT C. PATE, as Trustee for the Chinese Drywall Trust.

## CERTIFICATE OF SERVICE

I hereby certify that on September 1st, 2010, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will automatically send electronic notifications to all of the following attorneys of record: Andrea Fair, Esq., Fair Law Group, PLLC, 13046 Race Track Road #236, Tampa, Florida 33626-1302, and Anna Piazza, Anderson Kill & Olick PC, 1251 Avenue of the Americas, New York, NY 10020.

*/s/ Michelle Evans Concepcion*
ROBERT M. DARROCH
Florida Bar Number: 205490
MICHELLE EVANS CONCEPCION
Florida Bar Number: 27627

GOODMAN MCGUFFEY LINDSEY & JOHNSON, LLP
201 S. Orange Avenue, Suite 101
Orlando, FL 32801
Phone: (407) 478-1247
Fax:   (407) 478-1527
rdarroch@gmlj.com
mconcepcion@gmlj.com

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 8:10-CV-2567-T 33 MAP

Plaintiff:
**FCCI Commercial Insurance Company, et al.**
vs.
Defendant:
**Residential Drywall, Inc., et al.**

For: Michelle Evans Concepcion, Esq.
    Goodman McGuffey Lindsey & Johnson, LLP

Received by Investigative Process Service, Inc. on the 29th day of July, 2010 at 4:31 pm to be served on **Robert C. Pate, as Trustee for the Chinese Drywall Trust, 802 North Carancahua Street, Corpus Christi, TX 78401.** I, _Clint Lacey, Jr._, being duly sworn, depose and say that on the _5th_ day of _August_, 20_10_ at _2:06_ p.m., executed service by delivering a true copy of the Summons in a Civil Action and Complaint in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____ Pursuant to Florida Statute 48.031 (1)(a).

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

MILITARY STATUS: Based upon inquiry of party served, defendant is not in the military service of the United States.

**COMMENTS:** _____

Age ____ Sex M F  Race _____ Height _____ Weight _____ Hair _____ Glasses Y N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 4th day of August, 2010 by the affiant who is personally known to me.

NOTARY PUBLIC

Service Fee $_____

CHRIS A. MADRID
Notary Public, State of Texas
My Commission Expires
October 07, 2013

PROCESS SERVER # SCH-1586
Appointed in accordance with State Statutes

**Investigative Process Service, Inc.**
P. O. Box 3551
Orlando, FL 32802-3551
(407) 426-7433

Our Job Serial Number: 2010012507

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4e

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| FCCI Commercial Insurance Company and FCCI Insurance Company | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| Residential Drywall, Inc. and Robert C. Pate, as Trustee for the Chinese Drywall Trust | ) | 8:10 cv1567 33 MAP |
| Defendant | ) | |

ORIGINAL

## SUMMONS IN A CIVIL ACTION

RUSH

To: *(Defendant's name and address)* Robert C. Pate, as Trustee for the Chinese Drywall Trust
802 N. Carancahua Street
Corpus Christi, Texas 78401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michelle Evans Concepcion, Esq., Goodman, McGuffey, Lindsey & Johnson, LLP, 201. S. Orange Avenue, Suite 1010, Orlando, FL  32801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUL 16 2010

_____
Signature of Clerk or Deputy Clerk

12507