UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

FCCI COMMERCIAL INSURANCE
COMPANY and FCCI INSURANCE
COMPANY,

    Plaintiffs,

v.                                         Case Number: 8:10-cv-01567-VMC-MAP

RESIDENTIAL DRYWALL, INC. and
ROBERT C. PATE, as Trustee for the
Chinese Drywall Trust,

    Defendants.
_____/

### NOTICE OF FILING AFFIDAVIT OF SERVICE ON DEFENDANT, RESIDENTIAL DRYWALL, INC.

COME NOW Plaintiffs, FCCI COMMERCIAL INSURANCE COMPANY and FCCI INSURANCE COMPANY, by and through their undersigned counsel, and hereby notify this Court and all interested parties of the filing of the Affidavit of Service of Summons and Complaint on Defendant, RESIDENTIAL DRYWALL, INC.

### CERTIFICATE OF SERVICE

I hereby certify that on September 1st, 2010, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will automatically send electronic notifications to all of the following attorneys of record: Andrea Fair, Esq., Fair Law Group, PLLC, 13046 Race Track Road #236, Tampa, Florida 33626-1302, and Anna Piazza, Anderson Kill & Olick PC, 1251 Avenue of the Americas, New York, NY 10020.

ROBERT M. DARROCH
Florida Bar Number: 205490
MICHELLE EVANS CONCEPCION
Florida Bar Number: 27627

GOODMAN MCGUFFEY LINDSEY & JOHNSON, LLP
201 S. Orange Avenue, Suite 101
Orlando, FL 32801
Phone: (407) 478-1247
Fax:    (407) 478-1527
rdarroch@gmlj.com
mconcepcion@gmlj.com

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 8:10-CV-2567-T 33 MAP

Plaintiff:
**FCCI Commercial Insurance Company, et al.**
vs.
Defendant:
**Residential Drywall, Inc., et al.**

For:
Michelle Evans Concepcion, Esq.
Goodman McGuffey Lindsey & Johnson, LLP
201 S. Orange Avenue
Suite 1010
Orlando, FL 32801

Received by INVESTIGATIVE PROCESS SERVICE, INC. on the 29th day of July, 2010 at 4:41 pm to be served on **Residential Drywall, Inc., c/o: Andrea M. Fair, Esquire, 1010 North Florida Avenue, Tampa, FL 33602.**

I, DIANNA L. BUCHNER, being duly sworn, depose and say that on the **2nd day of August, 2010** at **2:20 pm**, I:

**SUBSTITUTE - PRIVATE MAILBOX:** served by delivering a true copy of the **Summons in a Civil Action and Complaint** to: **KRISTINA DOE**, a person in charge at the recipient's private mailbox at the address of: **13046 RACE TRACK ROAD, #236, Tampa, FL 33626**; the only address known after reasonable investigation and after determining that the person or business to be served maintains a mailbox at this location, in compliance with Fl. Statutes 48.031para 6.

**Additional Information pertaining to this Service:**
NO LONGER AT GIVEN ADDRESS. 2ND ADDRESS IS UPS STORE MANAGER VERIFIED ATTORNEY HAS BOX THERE BUT DID NOT WANT TO GIVE SERVER HER LAST NAME

**Description** of Person Served: Age: 30+, Sex: F, Race/Skin Color: W, Height: 5'7, Weight: 160, Hair: Blonde, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Pursuant to Florida Statute 92.525, and under penalty of perjury, I declare that the facts set forth in the foregoing return of service are true and correct.

Subscribed and Sworn to before me on the 6th day of August, 2010 by the affiant who is personally known to me.

NOTARY PUBLIC

TOM D FARLEY
Commission # DD 913172
Expires August 3, 2013
Bonded Thru Troy Fain Insurance 800-385-7019

DIANNA L. BUCHNER
CPS# 05-665002

**INVESTIGATIVE PROCESS SERVICE, INC.**
390 North Orange Avenue
Suite 1650
Orlando, FL 32801
(407) 426-7433
Our Job Serial Number: 2010002715

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4a

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| FCCI Commercial Insurance Company and FCCI Insurance Company | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. |
| Residential Drywall, Inc. and Robert C. Pate, as Trustee for the Chinese Drywall Trust | ) ) ) | 8:10 cv 1567 33 MAP |
| *Defendant* | ) | |

ORIGINAL

## SUMMONS IN A CIVIL ACTION

RUSH

To: *(Defendant's name and address)* Residential Drywall, Inc.
c/o Andrea M. Fair, Esq.
1010 N. Florida Avenue
Tampa, FL 33602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Michelle Evans Concepcion, Esq., Goodman, McGuffey, Lindsey & Johnson, LLP, 201. S. Orange Avenue, Suite 1010, Orlando, FL 32801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUL 1 6 2010
Date: _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

12509