UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| FCCI Commercial Insurance Company and FCCI Insurance Company, <br><br> Plaintiffs, <br><br> v. <br><br> Residential Drywall, Inc. and Robert C. Pate, as Trustee for the Chinese Drywall Trust, <br><br> Defendants. | CASE NO.: 8:10-cv-01567-VMC-MAP |

**DEFENDANT'S MOTION FOR LEAVE OF COURT TO FILE A
REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS OR, IN THE
ALTERNATIVE, TO STAY THE ACTION OR TRANSFER VENUE TO THE UNITED
STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA**

Pursuant to Local Rule 3.01(c), Defendant Robert C. Pate, as Trustee for the Chinese Drywall Trust (the "Trust"), hereby moves this Court for leave to file a reply memorandum in support of his motion to dismiss this action or, in the alternative, to stay or transfer it to the United States District Court for the Eastern District of Louisiana, where a first-filed, more comprehensive action is pending.

The Trust seeks this Court's permission to file a reply memorandum, not to exceed ten pages in length, to respond to several new issues and arguments that Plaintiffs FCCI Commercial Insurance Company and FCCI Insurance Company (collectively, "FCCI") raises in its opposition memorandum. Specifically, The Trust seeks to address, among other arguments: (1) FCCI's claim that application of the first-filed presumption depends upon the first-filed court's jurisdiction over the other parties named in this action; (2) FCCI's mischaracterization of how the parties in this

action will be inconvenienced and what law will apply; and (3) FCCI's assertion that this statutory interpleader provides the most appropriate basis for jurisdiction over this controversy. Moreover, the Trust seeks the opportunity to inform this Court of recent developments in the multidistrict litigation that weigh in favor of the Trust's motion to dismiss, stay or transfer this action.

Accordingly, the Trust respectfully requests leave of Court to file a reply memorandum in support of its motion to dismiss this action or, in the alternative, to stay or transfer it to the United States District Court for the Eastern District of Louisiana. Defense counsel attempted to confer with FCCI's counsel regarding this motion but was unable to reach them.

Dated:   September 15, 2010

/s/ Anna M. Piazza
Robert M. Horkovich, Esq.
Anna M. Piazza, Esq.
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020
T:  212-278-1000
F:  212-278-1733
rhorkovich@andersonkill.com
apiazza@andersonkill.com

*Trial counsel for Defendant Robert C. Pate, as Trustee for the Chinese Drywall Trust*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.

/s/ Anna M. Piazza
Anna M. Piazza